H.G. Robert Fong (California Bar No. 53535)
KU & FONG
523 W. 6th Street, Suite 707
Los Angeles, California  90014-1225
Telephone:  (213) 488-1400
Facsimile:  (213) 236-9325
Email: bobfong@ix.net.com
*Attorneys for Defendant,*
*BABY TREND, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LINK TREASURE LIMITED, a company organized and existing under the laws of the British Virgin Islands,<br><br>Plaintiff,<br><br>vs.<br><br>BABY TREND, INC., a corporation organized and existing under the laws of the State of California,<br><br>Defendant | Case No. EDCV 07-828-VAP (OPx)<br><br>**DEFENDANT BABY TREND, INC.'S NOTICE OF STAY AND FILING OF BANKRUPTCY PETITION** |

NOTICE IS HEREBY GIVEN that on October 9, 2009, Baby Trend, Inc., a California corporation and the Defendant in the above-captioned action (the "Debtor"), filed a petition for relief under Title 11 of the United States Code, commencing Case No.  6:09-bk-34090 BB.  Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as a stay (the equivalent of a court order or injunction) applicable to all persons and entities against:

1.      The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the

10656542

Case No. EDCV 07-828-VAP (OPx)
DEFENDANT BABY TREND, INC.'S NOTICE OF
STAY AND FILING OF BANKRUPTCY PETITION

1    commencement of the bankruptcy case, or to recover a claim against the debtor that

2    arose before the commencement of the bankruptcy case;

3           2.      The enforcement, against the Debtor or against property of the estate,

4    of a judgment obtained before the commencement of the bankruptcy case;

5           3.      Any act to obtain possession of property of the estate or of property

6    from the estate or to exercise control over property of the estate (including any

7    eviction proceedings or any attempt to repossess estate property);

8           4.      Any act to create, perfect, or enforce any lien against property of the

9    estate (including commencement or continuation of any private or judicial

10   foreclosure proceeding);

11          5.      Any act to create, perfect, or enforce against property of the debtor any

12   lien to the extent that such lien secures a claim that arose before the commencement

13   of the bankruptcy case;

14          6.      Any act to collect, assess, or recover a claim against the Debtor that

15   arose before the commencement of the bankruptcy case;

16          7.      The setoff of any debt owing to the Debtor that arose before the

17   commencement of the bankruptcy case against any claim against the debtor; and

18          8.      The commencement or continuation of a proceeding before the United

19   States Tax Court concerning the Debtor.

20          NOTICE IS FURTHER GIVEN that any act taken in violation of the

21   automatic stay, regardless of whether such act was taken with notice of the

22   automatic stay, is void ab initio, not merely voidable.

23          NOTICE IS FURTHER GIVEN that willful violation of the automatic stay

24   may be punished as contempt of court by a fine and/or imprisonment, and that in

25   addition the debtor may recover actual damages, including costs and attorneys'

26   fees, and, in appropriate circumstances, punitive damages, pursuant to Section

27   362(h) of the Bankruptcy Code.

28

1

2    Dated:  October 22, 2009              Respectfully submitted,

3

4

5                                         By:              /S/
                                             H.G. ROBERT FONG
6                                            KU & FONG
                                             523 West 6th Street, Suite 707
7                                            Los Angeles, CA 90014
                                             Telephone (213) 488-1400
8                                            Facsimile (213) 236-9235
9                                            **Attorneys for Defendant BABY
                                             TREND, INC.**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28