**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINK TREASURE LIMITED, etc., et al., | Case No. EDCV 07-828-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BABY TREND, INC., etc., Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant Baby Trend, Inc., and that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 15, 2011

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge